UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH THOMPSON,

                          Plaintiff,

-against-

THE CITY OF NEW YORK,

                        Defendant.

24-cv-5708 (KMW)

CIVIL JUDGMENT

For the reasons stated in the August 13, 2025, order, this action is dismissed for failure to state a claim on which relief may be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    August 15, 2025
           New York, New York

                                  /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                              United States District Judge